# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 38 DB 2018  (No. 31 RST 2018) |
| | : | |
| | : | |
| HEDWIG MURPHY KONRAD | : | Attorney Registration No.  307919 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Washington County) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2018, the Report and Recommendation of Disciplinary Board Member dated May 18, 2018, is approved and it is ORDERED that Hedwig Murphy Konrad, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.